UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William L. Bruggeman, Jr. and Ruth J. Bruggeman, | Civil No. 09-01124 PAM/AJB |
| Plaintiffs, | |
| vs. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| Kyle Private Networks, LLC, John N. Kyle II and Tiger Eye Broadcasting, Inc., | |
| Defendants. | |

**ORDER**

Based on the Stipulation and Order to Dismiss Without Prejudice signed by the above parties, it is hereby ordered that in the above-captioned matter:

(1) All claims asserted by the Plaintiffs in this action are dismissed without prejudice; and

(2) This action shall be, and hereby is, dismissed without costs or disbursements to any party.


Dated: September __27__, 2010        s/Paul A. Magnuson
                                     The Honorable Paul A. Magnuson
                                     U.S. District Court Judge